RECEIVED
2010 SEP 29 P 3:37
RICHARD W. WIEKING
CLERK US DISTRICT COURT
N. DIST. OF CALIFORNIA



FILED
SEP 30 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE KIPLINGER WASHINGTON EDITORS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC., a Delaware Corporation,<br><br>Defendant. | Case No. C10-03369 BZ<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Walter E. Diercks, an active member in good standing of the bar of Virginia, District of Columbia, U.S. Circuit Court of Appeals for the District of Columbia Circuit, U.S. District Court for the District of the District of Columbia Circuit, U.S. Claims Court, U.S. Supreme Court, U.S. Circuit Court of Appeals for the Federal Circuit, U.S. Circuit Court of Appeals for the Fourth Circuit, U.S. Circuit Court of Appeals for the Eleventh Circuit, U.S. District Court for the District of Maryland, U.S. District Court for the Eastern District of Virginia, U.S. District Court for the Western District of Virginia, U.S. Circuit Court of Appeals for the Third Circuit, whose business address and telephone number is RUBIN, WINSTON, DIERCKS, HARRIS & COOKS, LLP, 1155 Connecticut Avenue, NW, 6th Fl., Telephone: (202) 861-0870, Facsimile: (202) 429-0657, having applied in the above-entitled action for admission to practice in the Northern District of

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5259.001-00026595     1     ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE

1  California on a pro hac vice basis representing petitioner THE KIPLINGER WASHINGTON
2  EDITORS, INC.
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
5  *vice*. Service of papers upon and communication with co-counsel designated in the application
6  will constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing*.

9  DATED: 30 Sept, 2010

By: _____
BERNARD ZIMMERMAN
U.S. Magistrate District Judge

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5259.001-00026595

2

ORDER GRANTING APPLICATION FOR
ADMISSION PRO HAC VICE