UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE KIPLINGER WASHINGTON EDITORS INC., a Delaware Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C10-3369 BZ |
| Plaintiff(s), | | |
| v. | | **CONDITIONAL ORDER OF DISMISSAL** |
| INTUIT INC., a Delaware Corporation, | | |
| Defendant(s). | | |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **45 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: March 29, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\THE KIPLINGER V. INTUIT\ORDER OF CONDITIONAL DISMISSAL.wpd

1